IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| 6300 INTERESTS, LTD., | § | Bankruptcy Case No. 11-36650 |
| | § | |
| Debtor. | § | |
| RANDY W. WILLIAMS | § | |
| CHAPTER 7 TRUSTEE , | § | |
| | § | |
| Plaintiff, | § | Civil  Case No. H-13-0281 |
| | § | |
| vs. | § | Adversary No. 12-3363 |
| | § | |
| ALABAMA/MAIN PARTNERS, LTD., | § | |
| 5020 INTERESTS, LTD., 6219 INTERESTS, | § | |
| LTD., 1360 INTERESTS, LTD., 724 | § | |
| INTERESTS, LTD., 2600 INTERESTS, LTD., | § | |
| 6353 JOINT VENTURE, 421 FANNIN | § | |
| INTERESTS, LTD., MAX INTERESTS, LTD., | § | |
| AND DAVID NEAL GREENBERG | § | |
| | § | |
| Defendants. | § | |

ORDER  WITHDRAWING THE REFERENCE
OF ADVERSARY CASE NO. 12-3363

The motion for withdrawal of the reference filed by Alabama/Main Partners, Ltd., 5020 Interests, Ltd., 6219 Interests, Ltd., 1360 Interests, Ltd., 724 Interests, Ltd., 2600 Interests, Ltd., 6353 Joint Ventures, 421 Fannin Interests, Ltd., Max Interests, Ltd., and David Neal Greenberg  is granted. The reference is withdrawn. The claims in Adversary Case No. 12-3363 will be resolved in the United States District Court for the Southern District of Texas.

SIGNED on March 5, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge